UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession With Intent to |
| STEPHEN LAMAR SPENCER | ) | Distribute a Controlled |
| | ) | Substance (Cocaine and Crack |
| | ) | Cocaine) |

CR419 086

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession With Intent to Distribute a Controlled Substance (Cocaine and Crack Cocaine)*
21 U.S.C. § 841(a)(1)

On or about September 22, 2017, in Liberty County, within the Southern District of Georgia, the defendant,

**STEPHEN LAMAR SPENCER**,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Cocaine Hydrochloride, and a mixture and substance containing a detectable amount of Cocaine Base ("crack" cocaine), both Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1).

Click or tap here to enter text.
A True Bill.

_____

_____
Bobby L. Christine
United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
Jennifer G. Solari
Assistant United States Attorney
Deputy Chief, Criminal Division
*Lead Counsel