IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No: 4:19CR86 |
| ) | |
| STEPHEN SPENCER, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter is before the Court on the Motion for Leave of Absence by Jarrett G. Maillet, counsel for Defendant, for the dates of August 5, 2019 through August 12, 2019. (Doc. 32.) After careful consideration said Motion is **GRANTED**.

**SO ORDERED**, this 7th day of August, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA