# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 4:19-CR-00086 |
| STEPHEN SPENCER ) | |

## PROPOSED ODER FOR MOTION FOR LEAVE OF ABSENCE

This matter is before the Court on the Motion for Leave of Absence by Jarrett Maillet, counsel for Defendant STEPHEN SPENCER for the dates November 23, 2019 thru December 1, 2019. After careful consideration, said Motion is hereby granted.

SO ORDERED this 22nd day of November, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia