IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN LAMAR SPENCER,

    Defendant.

CIVIL ACTION NO.: 4:19-cr-86

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's October 10, 2019 Report and Recommendation, (doc. 42), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DENIES** Defendant's motion to suppress (doc. 25).

**SO ORDERED**, this 4th day of December, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA