**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-86 |
| STEPHEN LAMAR SPENCER, | |
| Defendant. | |

**O R D E R**

A jury trial in the above captioned case having been conducted on February 11, 2020, and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that upon return of a jury verdict the evidence listed on the attached receipt was returned to Counsel for the Government on February 11, 2020, for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED**, this 12th day of February, 2020.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA