IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cr-86 |
| v. | |
| STEPHEN LAMAR SPENCER, | |
| Defendant. | |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 18, 2020, Report and Recommendation, (doc. 79), to which no party has filed objections.  Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 79), as the opinion of the Court.  Therefore, as a condition of the bond was breached, it is **DECLARED FORFEITED**, pursuant to Fed. R. Crim. Pro. 46(f)(1).  The forfeiture is **SET ASIDE**, pursuant to Fed. R. Crim. Pro. 46(f)(2), and the bond is **EXONERATED**.

Additionally, upon consideration of the request by the surety for return of the bond posted in the above captioned case in the amount of **$2,000.00**, and a judgment of aquittal having been entered in this case, said request is hereby **GRANTED**.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of this Court shall disburse said funds, plus any and all accrued interest, to the Surety, Catherine Spencer, 1902 Barrington Ferry

Road, Riceboro, Georgia.

    **SO ORDERED**, this 8th day of June, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2